**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENNIS L. ALLEN,

    Plaintiff,

v.                                      Case No:   6:23-cv-1115-RBD-LHP

PRIMAL VANTAGE COMPANY,
INC. and WALMART INC.,

    Defendants

---

**ORDER**

This matter comes before the Court on review of the Joint Notice of Amount Agreed Upon (Doc. No. 72), in which the "parties agree that Plaintiff will accept the sum of $4,000.00 as a good-faith resolution to satisfy the fee and cost award," pursuant to the Court's January 24, 2024 Order granting Plaintiff's motion to compel.  *See* Doc. No. 70.  Pursuant to the parties' agreement, it is **ORDERED** that Plaintiff is hereby awarded **$4,000.00** in sanctions related to the motion to compel. Payment shall be made to Plaintiff within **ten (10) days** of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on February 7, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties